835 F.2d 1435
 Maudlin (Gene), Silver Eagle Company, Viking Freight System,
Inc., Eastern Oregon Fast Freight Inc., Oregon Freightways,
Inc., Oregon Draymen and Warehousemen's Ass'n, Reddaway's
Truck Line, Risberg Truck Line, MacCracken Motor Freight, Inc.
v.
Interstate Commerce Commission, U.S., Southwest Delivery Co., Inc.
 NOS. 86-7026, 86-7522
 United States Court of Appeals,
Ninth Circuit.
 DEC 08, 1987
 
 1
 Appeal From: I.C.C.
 
 
 2
 AFFIRMED.